IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | : | |
| | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM BARR, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

**BUMP STOCK VIDEOS AND ANIMATIONS IN THE RECORD**

Defendants hereby provide a list of videos illustrating the operation of bump stocks and appearing in the administrative record and/or the Trial Exhibits.

**1) Videos and Animations Contained in Trial Exhibits**

| Description | Publicly-Available URL | Record Cite |
|---|---|---|
| Bump Stock Close-up (Slow Motion) | https://www.youtube.com/watch?v=dZ5PG1HxVZo | Trial Exhibit G-02, Slide 4 |
| Video Recording of M-16 Variations – Interactive Animation | https://www.youtube.com/watch?v=-sjGzvyQcvg | Trial Exhibit G-02, Slides 6, 10 |
| Semi-automatic rifle without bump stock | https://www.youtube.com/watch?v=VAG8XGrOOS4 | Trial Exhibit G-02, Slide 7 |
| M-16 automatic rifle | https://www.youtube.com/watch?v=BSizVpfqFtw | Trial Exhibit G-02, Slide 9 |
| New York Times animation | https://www.nytimes.com/interactive/2017/10/04/us/bump-stock-las-vegasgun.html | Trial Exhibit G-02, Slides 13,15; AR000716 |
| Slide Fire promotional video | https://www.youtube.com/watch?v=hCCT8JtwQeI | Trial Exhibit G-02, Slides 13, 15 |
| Bump firing without a "bump-stock-type device" | https://www.youtube.com/watch?v=_9sNcq5jHFY | Trial Exhibit G-02, Slides 16, 24; Trial Exhibit G-15 |
| Bump stock demonstration video | https://www.youtube.com/watch?v=D6oaRAgdslE | Trial Exhibit G-02, Slide 24 |
| Firearms Industry Consulting Group bump stock demonstration video | https://www.youtube.com/watch?v=1OyK2RdO63U | Trial Exhibit G-29 |

2) **Other Videos and Animations Contained in Administrative Record**

| Description | Publicly-Available URL |
|---|---|
| Bump Stock slow motion video | https://www.youtube.com/watch?v=67oxh-KpWeQ |
| Bump Stock slow motion video | https://www.youtube.com/watch?v=Jqr1hY1IElg |
| Bump Stock slow motion video | https://www.youtube.com/watch?v=x0f7OCnrrpk |
| Bump stock vs. Jerry Miculek | https://www.youtube.com/watch?v=k1nqRcAsZAE |
| Slide Fire with 9mm | https://www.youtube.com/watch?time_continue=46&v=pPI95ZZTzZQ&feature=emb_logo |
| Slide Fire – slow motion video | https://www.youtube.com/watch?v=u0rwqH3YL5c |
| Associated Press bump stock video | https://www.thenewstribune.com/news/local/article202282289.html |
| Skorpion bump fire video | https://www.youtube.com/watch?v=N_ViXOSVY_U |
| 1911 bump fire video | https://www.youtube.com/watch?v=wTp3Eb93m7o |
| Bump Stock video as GIF | https://www.regulations.gov/contentStreamer?documentId=ATF-2018-0002-51787&attachmentNumber =1&contentType=gif |
| Bump Stock animation | https://www.youtube.com/watch?v=Nepg69ysfTI |
| Bump Stock animation GIF | https://www.regulations.gov/contentStreamer?documentId=ATF-2018-0002-10020&attachmentNumber=1&contentType=gif |
| Bump Stock animation GIF | https://www.regulations.gov/contentStreamer?documentId=ATF-2018-0002-77067&attachmentNumber=1&contentType=gif |
| Bump Stock animation GIF | https://www.regulations.gov/contentStreamer?documentId=ATF-2018-0002-91757&attachmentNumber=1&contentType=gif |
| Unassisted bump fire video | https://www.youtube.com/watch?v=7RdAhTxyP64 |
| Unassisted bump fire video | https://www.youtube.com/watch?v=dpZQOD6o71s |
| Bump fire with a rubber band video | https://youtu.be/PVfwFP_RwTQ |
| Bump fire with a belt loop video | https://www.facebook.com/dockanderson/posts/10155566170028111 https://www.youtube.com/watch?v=wZCO-06qRgY https://www.youtube.com/watch?v=UwSIxKZAs40 |
| Bump fire with a belt loop video | https://www.youtube.com/watch?v=wZCO-06qRgY |
| Bump fire with a belt loop video | https://www.youtube.com/watch?v=UwSIxKZAs40 |
| Bump fire with a stick video | https://youtu.be/QkWuYr0cD4M |