IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | § | NO. 1:19-CV-349-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MERRICK GARLAND, U.S. Attorney General; United States Department of Justice; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § | |
| | § | |
| Defendants. | § | |

### ORDER FOR CLERK TO ENTER JUDGMENT FOR PLAINTIFF AND CLOSE CASE

The matter before the Court is the Fifth Circuit Court of Appeal's January 6, 2023 judgment in this case which reversed the opinion of this Court and remanded this case with instructions to enter judgment for Plaintiff Michael Cargill. On February 28, 2023, the Fifth Circuit issued its mandate. In accordance with the Fifth Circuit's opinion, the Court hereby **ORDERS** the Clerk to **ENTER JUDGMENT** for Plaintiff. Thereafter, the Court **ORDERS** that this case be **CLOSED**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, March 6, 2023.

_____
David Alan Ezra
Senior United States District Judge