AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MICHAEL CARGILL<br>*Plaintiff*<br>v.<br>MERRICK GARLAND, U.S. Attorney General, et al.<br>*Defendant* | Civil Action No. 1:19-CV-349-DAE |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment is entered in favor of the Plaintiff, Michael Cargill.
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   03/06/2023

PHILIP J. DEVLIN
*CLERK OF COURT*

*(signature)*
*Signature of Clerk or Deputy Clerk*