IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | : | |
| | : | CIVIL ACTION NO.: 1:19-CV-349 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK B. GARLAND, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| ACTING ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

Defendants' Motion to Extend Briefing Deadline Re Plaintiff's Rule 60 Motion is GRANTED.

ORDERED that Defendants shall file their response to Plaintiff's pending motion, ECF No. 68, on or before April 18, 2023.

IT IS SO ORDERED.

DATED: _____, Texas, _____, 2023

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE