IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL | : | |
| | : | CIVIL ACTION NO.: 1:19-CV-349 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK B. GARLAND, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

Defendants' Motion to Temporarily Stay Briefing Deadline Re Plaintiff's Rule 60 Motion is GRANTED.

ORDERED that Defendants' deadline to file a response to Plaintiff's pending motion, ECF No. 68, is STAYED pending further order of the Court.

IT IS SO ORDERED.

DATED: _____, Texas, _____, 2023

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE