IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | § | NO. 1:19-CV-349-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MERRICK GARLAND, U.S. Attorney General; United States Department of Justice; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § | |
| Defendants. | § | |

ORDER DENYING WITHOUT PREJUDICE
MOTION FOR RELIEF FROM JUDGMENT

The matter before the Court is Plaintiff Michael Cargill's Rule 60 Motion for Relief from Judgment or, Alternatively, Rule 59(e) Motion to Amend the Judgment (Dkt. # 68).  Briefing on this motion was stayed in light of the United States Supreme Court's review of the Government's petition for writ of certiorari in this case.  (Dkt. # 75.)  On November 7, 2023, the Government notified the Court that the Supreme Court granted its petition for certiorari on November 3, 2023.  (Dkt. # 76.)  Given this, the Court will **DENY WITHOUT**

**PREJUDICE** subject to refiling Plaintiff's motion, if necessary, after the Supreme Court enters its ruling in this case.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, November 8, 2023.

_____
David Alan Ezra
Senior United States District Judge