# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL CARGILL**, | : |
|     Plaintiff, | : |
| | : |
|     v. | :   **Case No. 1:19-cv-349-DAE** |
| | : |
| **MERRICK GARLAND**, in his official | : |
| capacity as Attorney General of the | : |
| United States, et al., | : |
|     Defendants. | : |
| | : |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Michael Cargill hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's March 6, 2023 Order directing the Clerk to enter judgment for Plaintiff and close the case, its March 6, 2023 entry of Judgment, and its November 8, 2023 Order denying Plaintiff's Fed.R.Civ.P. 60(b) Motion for Relief from Judgment.

                                      Respectfully submitted,

                                      /s/ Richard A. Samp
                                      Richard A. Samp
                                      Mark Chenoweth
                                      NEW CIVIL LIBERTIES ALLIANCE
                                      1225 19th Street NW, Suite 450
                                      Washington, DC 20036
                                      202-869-5210
                                      rich.samp@ncla.legal

                                      Jonathan Mitchell
                                      MITCHELL LAW PLLC
                                      111 Congress Ave., Suite 400
                                      Austin, TX 78701
                                      512-686-3940
                                      jonathan@mitchell.law

November 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 21 2023, I filed the foregoing Notice of Appeal electronically with the United States District Court for the Western District of Texas by means of the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.:

<u>/s/ Richard A. Samp</u>
Richard A. Samp                 \