IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| | : | |
| MERRICK B. GARLAND, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE

On September 12, 2024, this Court scheduled a status conference on October 17, 2024. ECF No. 87. Plaintiff subsequently filed a partially-opposed motion to amend judgment on October 3, 2024. ECF No. 88. Under the local rules, Plaintiff's motion will not be fully briefed until October 24, 2024, with Defendants' response in opposition due October 17, 2024—the day of the status conference—and Plaintiff's reply in support of the motion due October 24, 2024. *See* LCvR 7(D)(2).

Defendants believe that all the outstanding issues in this matter will be addressed in the parties' briefing on Plaintiffs' motion, and can be resolved on the papers. Consequently, Defendants move to postpone the conference until the Parties have completed briefing on Plaintiff's motion to amend judgment, or remove the conference from the calendar entirely. In the alternative, Defendants move to hold the conference remotely, should that better suit the Court. Good cause exists for these requests, given the current briefing schedule and status of the matter. Plaintiff consents to the request for the conference to be remote and takes no position regarding Defendants' request to postpone the conference. Plaintiff's counsel additionally requested that Defendants provide the Court information

regarding their travel plans: Plaintiff's counsel intends to board flights to Austin on Wednesday morning, in order to attend the in-person conference on Thursday.

Dated: October 15, 2024                     Respectfully submitted,

                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney General

                                                 BRIGHAM J. BOWEN
                                                 Assistant Branch Director
                                                 Federal Programs Branch


                                                 /s/ *Alexandra J. Widas*
                                                 ALEXANDER V. SVERDLOV (*pro hac* pending)
                                                 (N.Y. Bar No. 4918793)
                                                 ALEXANDRA J. WIDAS (*pro hac vice*)
                                                 (DC Bar No. 1645372)
                                                 Trial Attorneys
                                                 Federal Programs Branch
                                                 U.S. Department of Justice, Civil Division
                                                 1100 L Street, NW
                                                 Washington, DC 20005
                                                 Telephone: (202) 514-2071
                                                 Fax: (202) 616-8470
                                                 Email: alexandra.j.widas@usdoj.gov

                                                 *Counsel for Defendants*


## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants conferred with counsel for Plaintiff regarding this Motion on October 11 and 14, 2024, and they stated Plaintiff is unopposed to the relief requested.

                                                 /s/ *Alexandra J. Widas*
                                                 ALEXANDRA J. WIDAS (*pro hac vice*)