# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| | : | |
| MERRICK B. GARLAND, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

## [DEFENDANTS' PROPOSED] JUDGMENT

1. Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, it is ORDERED and ADJUDGED that judgment is entered for PLAINTIFF.

2. The Court DECLARES that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) rule titled Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) (Bump-Stock Rule) was issued in excess of ATF's statutory authority and is therefore unlawful. *See Garland v. Cargill*, 602 U.S. 406, 415 (2024).

3. The Court DECLARES that non-mechanical bump stocks, as identified in *Garland*, 602 U.S. 406, are not machineguns under 26 U.S.C. § 5845(b).

IT IS SO ORDERED.

DATE: _____                    _____

David A. Ezra
District Court Judge