# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| | : | |
| MERRICK B. GARLAND, | : | |
| IN HIS OFFICIAL CAPACITY AS | | |
| ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

## [DEFENDANTS' PROPOSED] ORDER

Plaintiff's motions for relief from this Court's Judgment, *see* ECF Nos. 68 & 88, are hereby **GRANTED** in part and **DENIED** in part. The Court will enter judgment that includes declaratory relief but not vacatur. The Court's Judgment is forthcoming.

IT IS SO ORDERED.

DATE: _____  _____

David A. Ezra
District Court Judge