# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | : | |
| | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE ATTACHING PROPOSED ORDER AND JUDGMENT

In accordance with the Court's instruction to the parties of October 17, 2024, and in advance of his reply brief due October 24, Plaintiff hereby files a proposed order granting his motions to amend the judgment (ECF Nos. 68 and 88), which is attached as Exhibit 1, and a proposed judgment, which is attached as Exhibit 2. Plaintiff is emailing Microsoft Word versions of the proposed order and judgment to the Courtroom Deputy.

October 18, 2024

Respectfully submitted,

*/s/ Sheng Li*
Sheng Li
John Vecchione
NEW CIVIL LIBERTIES ALLIANCE
4250 North Fairfax Drive, Suite 300
Arlington, Virginia 22203
(202) 869-5210
sheng.li@ncla.legal

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I filed the foregoing notice and attached exhibits electronically with the United States District Court for the Western District of Texas by means of the CM/ECF system.

*/s/Sheng Li*