IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | : | |
| | : | CIVIL ACTION NO.: 1:19-cv-349-DAE |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al., | : | |
| | : | |
| Defendants. | : | |

**[PLAINTIFF'S PROPOSED] ORDER**

Plaintiff's motions for relief from this Court's Judgment, *see* ECF Nos. 68 and 88, are hereby **GRANTED**. The Court will enter an Amended Judgment that provides declaratory relief and vacates the challenged Final Rule. The Court's Judgment is forthcoming.

IT IS SO ORDERED.

DATE: _____                                      _____
                                                                                                     David A. Ezra
                                                                                                     District Court Judge