IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL CARGILL, | § | NO. 1:19-CV-349-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| MERRICK GARLAND, U.S. Attorney General; United States Department of Justice; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § | |
| | § | |
| Defendants. | § | |

_____

AMENDED FINAL JUDGMENT

Pursuant to Rule 60, the Court hereby **ENTERS** an **AMENDED FINAL JUDGMENT** for Plaintiff Michael Cargill. The Court awards the following relief:

1. The Court **VACATES** and **REMANDS** for further consideration the Bureau of Alcohol, Tobacco, Firearms and Explosives' Final Rule titled Bump-Stock-Type Devices, 83 Fed. Reg. 66,514 (Dec. 26, 2018) under 5 U.S.C. § 706(2)(a).

2. The Court **DECLARES** that plaintiff Michael Cargill has the right to possess and transfer non-mechanical bump stocks under federal law, and that the federal statutory prohibitions against the possession and transfer of machineguns in 18 U.S.C. § 922(o)(1) and 26 U.S.C. § 5845(b) do not limit Mr. Cargill's rights or legal relations in this regard.

The Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, November 4, 2024.

_____
David Alan Ezra
Senior United States District Judge